1 Philip E. Stetzel, Plaintiff-Appellant, v. Dean Williams, Executive Director of the Colorado Department of Corrections, and Christina Ortiz Marquez, Program Administrator for SOTMP, Defendants-Appellees. No. 21CA0733
Court of Appeals of Colorado, Second Division
January 27, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Fremont County District Court No. 19CV361 Honorable Lynette
 M. Wenner, Judge
 
 
 
 OPINION
 
 
 
 FURMAN, JUDGE.
 
 
 JUDGMENT
 REVERSED AND CASE REMANDED WITH DIRECTIONS
 
 
 Pawar
 and Kuhn, JJ., concur.